**Order entered May 20, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-00588-CV

## IN RE BRADLEY SCOTT KIDWELL DBA MCKINNEY VINTAGE MARKET DBA KIDWELL AND COMPANY, AND ALL OTHER OCCUPANTS

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-00207-2019**

### ORDER

This case was abated on November 21, 2019 due to appellee real party in interest Haddington Fund, LP's bankruptcy filing. In response to our inquiry regarding the status of the bankruptcy proceeding, appellant provided the Court with an order from the bankruptcy court showing the bankruptcy proceeding was closed on May 3, 2021 and requested the Court to reinstate the appeal. We **GRANT** appellant's request and **REINSTATE** this appeal. The case is at issue and will be set for submission in due course.

/s/     ROBERT D. BURNS, III
          CHIEF JUSTICE